UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSE BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-383 |
| ) | (Varlan/Shirley) |
| JOHN POTTER, POSTMASTER ) | |
| GENERAL, UNITED STATES ) | |
| POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 86] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Defendant's Motion in Limine Regarding Plaintiff's Expert [Doc. 76] and Defendant's Supplemental Motion in Limine Regarding Plaintiff's Expert [Doc. 83].

The parties have advised the Court that this case has been settled. Accordingly, Defendant's Motion in Limine Regarding Plaintiff's Expert [Doc. 76] and Defendant's Supplemental Motion in Limine Regarding Plaintiff's Expert [Doc. 83] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge